O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BEVERLY,<br><br>　　　　　　Plaintiff,<br>　　v.<br>COUNTY OF LOS ANGELES, DEPUTY DAVID CAMPS, DEPUTY THOMAS KIM, and DOES 1–10,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-10874-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |

On February 14, 2013, the Court issued an Order setting the scheduling conference in this matter for April 29, 2013. (ECF No. 14.) The Court then continued the scheduling conference to June 3 at the request of the parties, but denied a second stipulated extension. (ECF Nos. 17, 19.) The scheduling conference therefore remains set for June 3.

The Court's February 14 Order directed the parties to meet and confer at least 21 days before the scheduling conference (May 13) and to submit a joint Rule 26(f) report no fewer than 14 days before the scheduling conference (May 20). (ECF No. 14, at 2.) It is now May 22, and the Court has yet to receive the parties' joint Rule 26(f) report. Plaintiff is therefore **ORDERED TO SHOW CAUSE** in writing no later than Friday, May 24, 2013, why this matter should not be dismissed for lack

1 | of prosecution.  This OSC will be automatically discharged should Plaintiff file a Rule
2 | 26(f) report on or before May 24.

**IT IS SO ORDERED.**

May 22, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2