JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BEVERLY,<br><br>        Plaintiff,<br>  v.<br><br>COUNTY OF LOS ANGELES; DEPUTY DAVID CAMPS, in his individual and official capacity; DEPUTY THOMAS KIM, in his individual and official capacity; DOES DEFENDANTS 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:12-cv-10874-ODW(JCx)<br><br>**JUDGMENT FOR DEFENDANTS** |

In light of the findings of fact and conclusions of law contained in the Court's January 21, 2014 Order Granting Defendants' Motion for Summary Judgment (ECF No. 50), the Court **ORDERS** that judgment be entered as follows:

1. Judgment for DEFENDANTS COUNTY OF LOS ANGELES; DEPUTY DAVID CAMPS; and DEPUTY THOMAS KIM and against PLAINTIFF CYNTHIA BEVERLY;

2. PLAINTIFF CYNTHIA BEVERLY shall take nothing; and

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 21, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**